FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 19 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN BOONE, PRO SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| J.P. MORGAN CHASE BANK, N.A., | ) 1:10-CV-0800 |
| and McCURDY & CANDLER LLC | ) |
| | ) TWT |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant JPMorgan Chase Bank, National Association ("Chase") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice, Chase states as follows:

1.  Chase is a defendant in a civil action commenced by Plaintiff Carolyn Boone ("Plaintiff") on February 18, 2010 in the Superior Court of DeKalb County, State of Georgia, Civil Action File No. 10CV2598-1 (the "State Court Action"). Chase purportedly was served through its agent, CT Corporation, on February 19, 2010.

2.  Pursuant to Sections 1441 and 1446 of Title 28 of the United States Code, Chase removes this case to the United States District Court for the Northern

District of Georgia, Atlanta Division, the Judicial District in which this action is pending.

3. Removal of this action is appropriate under 28 U.S.C. § 1331 as the Complaint asserts federal question causes of action.

4. Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law based on his Complaint's allegations under federal law, including:

   a. Alleged violation of the Truth in Lending Act ("TILA") (Compl. ¶¶ 25-26);

   b. Alleged violation of the Real Estate Settle Procedures Act ("RESPA") (Compl. ¶ 33); and

   c. Alleged violation of the Fair Debt Collection Practices Act ("FDCPA") (Compl. ¶ 54).

5. This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Chase purportedly was served on February 19, 2010.

7. Defendant McCurdy & Candler, L.L.C. hereby consent to this Removal. (See Exhibit A.)

8. As required by 28 U.S.C. § 1446, a copy of all process and pleadings in the State Court Action is attached hereto as Exhibit B.

9. A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the Superior Court for DeKalb County, State of Georgia, and shall be served on Plaintiff. A true and correct copy of the removal notice filed with the Clerk of the Superior Court for DeKalb County, State of Georgia is attached hereto as Exhibit C.

WHEREFORE, for the foregoing reasons, Chase respectfully request that this action proceed in this Court.

Respectfully submitted this 19th day of March, 2010.

WARGO & FRENCH LLP

_____
SHANON J. MCGINNIS
Georgia Bar No. 387598
JOHN P. MITTELBACH
Georgia Bar No. 472078

WARGO & FRENCH LLP
1170 Peachtree Street, N.E.
Suite 2020
Atlanta, Georgia 30309

(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)
smcginnis@wargofrench.com
jmittelbach@wargofrench.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a true and correct copy of the within and foregoing **NOTICE OF REMOVAL OF ACTION** upon Plaintiff's counsel of record by U.S. Mail, postage pre-paid, addressed as follows:

Carolyn Boone, *Pro Se*
115-14 209th Street
Cambria Heights, New York 11411

Frank R. Olson, Esq.
McCurdy & Candler, L.L.C.
P.O. Box 57
Decatur, Georgia 30031

This 19th day of March, 2010.

_____
Shanon V. McGinnis

632770_1