**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAROLYN BOONE, PRO SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:10-cv-800-TWT-LTW |
| J.P. MORGAN CHASE BANK, N.A., ) | |
| and McCURDY & CANDLER LLC ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**
**AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A.**

Plaintiff's Motion for Default Judgment against Defendant JPMorgan Chase

Bank, N.A. ("Chase") demonstrates a misunderstanding of the Federal Rules of

Civil Procedure.  Plaintiff filed her Complaint in the Superior Court of DeKalb

Count on February 18, 2010.  (See DE 1, ¶ 1.)  Chase was served with that

Complaint on February 19, 2010.  (DE 1 ¶ 6.)  On March 19, 2010, Chase timely

removed this matter to this Court.  (DE 1.)  On March 26, Chase timely filed its

motion to dismiss Plaintiff's claims against Chase.  (DE 3.)  Pursuant to the

Federal Rules of Civil Procedure, Chase is not required to file an answer while its

motion to dismiss is pending.  See Fed. R. Civ. P. 12(a)(4).  Accordingly, Boone's

motion has no basis in law and should be denied.

Respectfully submitted this 7th day of May, 2010.

WARGO & FRENCH LLP

　　　/s/ Shanon J. McGinnis

SHANON J. MCGINNIS
Georgia Bar No. 387598
JOHN P. MITTELBACH
Georgia Bar No. 472078

WARGO & FRENCH LLP
1170 Peachtree Street, N.E.
Suite 2020
Atlanta, Georgia  30309

(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)
smcginnis@wargofrench.com
jmittelbach@wargofrench.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 7th day of May, 2010.


_____/s/ Shanon J. McGinnis_____
SHANON J. MCGINNIS
Georgia Bar No. 387598
JOHN P. MITTELBACH
Georgia Bar No. 472078

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the within and foregoing **OPPOSITION TO PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A.** in the United States District Court for the Northern District of Georgia and, therefore, have served the following counsel of record in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing:

Frank R. Olson, Esq.
McCurdy & Candler, L.L.C.
P.O. Box 57
Decatur, Georgia 30031

I further hereby certify that I have on this day served same upon Plaintiff by United States mail, postage prepaid, addressed as follows:

Carolyn Boone, *Pro Se*
115-14 209th Street
Cambria Heights, New York 11411

This 7th day of May, 2010.

_____/s/ Shanon J. McGinnis_____
SHANON J. MCGINNIS