FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 15 2010

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAROLYN BOONE,         )
PRO SE                 )
                       )
        Plaintiff,     )
                       )        CIVIL ACTION NO. 1: 10-CV-800-TWT-LTW
-against-              )
                       )
JP MORGAN CHASE BANK, N.A.,  )
and McCURDY & CANDLER LLC    )
                       )
        Defendants     )
                       )

## MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 11

Plaintiff hereby files this motion for sanctions under Fed. R. Civ. P. 11 against Defendant JP

Morgan Chase Bank ("Chase") and their counsel Wargo & French LLP for submission of a false

declaration. **In accordance with Rule 11(c)(1)(A),  Plaintiff will first mail the opposing party with the**

**motion at least twenty-one days before presenting the motion to the court.**

The Defendants and their counsel **under penalty of perjury** have submitted declarations to this

Court that are frivolous and blatantly false.


### LEGAL ARGUMENTS

The Supreme Court explained (in pertinent part) Tampering with the administration of justice in

the manner, indisputably shown here involves for more than an injury to a single litigant.  It is a wrong

against the institutions set up to protect and safe guard the public, institutions in which fraud cannot

complacently be tolerated consistently with the good order of society.  Surely it cannot be that

preservation of the integrity of the judicial process must always wait upon the diligence of litigants.  The

public welfare demands that the agencies of public justice be mute and helpless victims of deception

and fraud.  Id at 246, 64 S. Ct. at 1001; See also Alexander v. Robertson, 882 F. 2d at 424 (9th Cir. 1980).

Pursuant to Rule 11, the court may impose sanctions on attorneys or unrepresented parties for submitting papers that are frivolous, legally unreasonable, baseless, or filed for an improper purpose. See Simon v. Lear Astronics Corp., 77 F. 3d 1170, 1177 (9th Cir. 1996). The imposition of sanctions under rule 11 lies in the discretion of the court, Fed R. Civ. P. 11 (c).

Sanctions will be imposed if the paper filed is "frivolous," that is, if the filing is both baseless and made without a reasonable and competent inquiry." Townsend v. Holman Consulting Corp., 929 F. 2d 1358, 1362 (9th Cir. 1990)(en banc).

Fed R. Civ. P. 11 provides that anyone who signs pleadings, motions or other papers submitted to a court certifies that "to the best of the signer's knowledge, information, and belief formed after seasonable inquiry it is well grounded in fact... Sanctions will be imposed if the paper filed is "frivolous," that is, if the filing is "both baseless paper filed is "frivolous," that is, if the filing is "both baseless and made without a reasonable and competent inquiry." Towsend v. Holman Consulting Corp., 929 F. 2d 1358, 1362 (9th Cir 1990) (en banc).

### WARGO & FRENCH LLP VIOLATED FED. R. CIV. P. 11, SUBMITTED A
### FALSE DECLARATION AND COMMITED PERJURY.

Wargo & French LLP, counsel for Chase violated Fed. R. Civ. P. 11, submitted a false declaration, and committed perjury in regards to their "DECLERATION OF WARGO & FRENCH LLP" appearing on the court docket as number 45-1. The Declaration states, "I searched www.scribd.com for "Carolyn Boone" and received only thee hits – none of which were the documents about which Plaintiff complains in her Emergency Motion." Plaintiff searched www.scribd.com for "Carolyn Boone" and received 42 pages worth of hits. (Exhibit A attached) Clearly showing Wargo & French LLP lying to deceive the Court, violating Fed. R. Civ. P. 11, and committing perjury as a consequence of their false Deceleration.

JP MORGAN CHASE BANK NATIONAL ASSOCIATION VIOLATED FED. R. CIV. P. 11, SUBMITTED A
FALSE DECLARATION AND COMMITED PERJURY.

1.  "DECLARATION OF JPMORGAN CHASE BANK ,N.A." (Docket number 30-2)

Defendant JP Morgan Chase Bank National Association's "DECLERATION OF JPMORGAN CHASE
BANK, N.A." appearing on court docket as number 30-2 violates Fed. R. Civ. P. 11, is false and subjects
them to the penalty of perjury.

The declaration signed by Patricia L. Green who is purportedly a HL SR Research Specialist for JP
Morgan Chase Bank, NA was executed in **Jacksonville Florida. JP Morgan Chase Bank NA is not
registered in the state of Florida.** Plaintiff conducted a search of corporations on Florida's Department
of State Division of Corporations website, http://sunbiz.org/corinam.html, for "JP Morgan Chase Bank
NA" and no results under that name came up nor any variation of the name. (Exhibit B attached) Plaintiff
also called Florida's Secretary of State office and they to confirmed that JP Morgan Chase Bank NA is not
registered in Florida. Therefore proving the Declaration in itself is a lie, frivolous, and used to waste
judicial time and resources. Concluding that Defendant JP Morgan Chase Bank National Association is
guilty of perjury violated Fed. R. Civ. P. 11, and submitted a false declaration.

Plaintiff Carolyn Boone **never executed** any documents in the presence of **Chase**.
Therefore, they could not have personal knowledge regarding who executed the home equity
line of credit agreement.  Furthermore, Chase is a **stranger to this document** as well as all other
documents presented to this court regarding the illegal foreclosure. Defendant Chase is guilty
of perjury for making this false statement, that Plaintiff executed the home equity line of credit
in their "DECLERATION OF JP MORGAN CHASE BANK ,N.A." appearing on court docket as

number 30-2. Therefore proving the Declaration in itself is a lie, frivolous, and used to waste judicial time and resources. Concluding that Defendant JP Morgan Chase Bank National Association is guilty of perjury violated Fed. R. Civ. P. 11, and submitted a false declaration.

2. "DECLARATION OF JPMORGAN CHASE BANK ,N.A." (Docket number 43-1)

Defendant JP Morgan Chase Bank National Association's "Declaration of JPMorgan Chase Bank, NA" appearing on the court docket as number 43-1 violates Fed. R. Civ. P. 11, is false and subjects them to the penalty of perjury.

First, the declaration is dated and signed on **July 21, 2010** stating that Chase is registered with the Secretary of State. This is a problem due to the fact that the attached true copy of Chase's 2009 Corporation Annual Registration is signed and dated **July 22, 2010.** A day after the declaration was signed stating that the true copy was attached. Which makes the declaration false violating Fed. R. Civ. P. 11, and subjects them to the penalty of perjury.

Secondly, JP Morgan Chase Bank National Association's "Declaration of JPMorgan Chase Bank, NA" appearing on the court docket as number 43-1 states in paragraph 3, "Attached hereto is a true copy of Chase's 2009 Corporation Annual Registration." Chase filed this 2009 Annual Registration with Georgia's Office of Secretary of State on or before April 1, 2009. Ms. Moore is misrepresenting that JP Morgan Chase Bank, and JP Morgan Chase Bank, N.A. are not separate entities and **they are. Plaintiff stated prior that she could not bring suit against the former for the illegal foreclosure and sale of the latter.**

Additionally, in Defendant JP Morgan Chase Bank, N.A.'s Certificate of Interested Persons and Corporate Disclosure Statement. Chase's counsel certified that the following is a full and complete list of all parties in this action. including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: (b) Defendant JP Morgan Chase Bank, N.A. whose parent company is JP Morgan Chase & Co. (2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case: At this time, Defendant JP Morgan Chase Bank, N.A. is unaware of any such persons or entities other than those listed above. **Nowhere is JP Morgan Chase Bank listed.** One more act to deceive the court, waste judicial time and resources, delay this action and commit perjury.

The Defendants JP Morgan Chase Bank National Association and there counsel apparently has no regard for the law or the integrity of the Courts.

## Conclusion

Plaintiff hereby moves the Court for the appropriate and immediate levy of substantial monetary and professional sanctions against the Defendant JP Morgan Chase Bank National Association and their counsel Wargo & French LLP for their willful and ongoing attempts to obstruct the due course of justice in this cause, for purposefully attempting to deceive this Court into fraudulent conclusions, also for knowingly submitting false Declarations, frivolous documents, Plaintiffs full Social Security Number, and for all other relief that is true and lawful, and just and proper, in the premises. Plaintiff asks the Court for cost of at least $20,000

[Twenty-thousand] "to deter repetition of such conduct or comparable conduct by others

similarly situated." Rule 11(c)(2)

Respectfully submitted,

Dated: August 23, 2010

_____

CAROLYN BOONE, Pro Se
115-14 209th Street
Cambria Heights, N.Y. 11411
(718) 527-6139

CERTIFICATE OF SERVICE

This certifies that I have this day of August 23, 2010 served a true and correct copy of the within and foregoing MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 11 upon Defendant's counsel of record by U.S. Mail, postage pre-paid, addressed as follows.

Wargo & French LLP
Shannon J. McGinnis
John P. Mittelbach
1170 Peachtree, Street, N.E.
Suite 2020
Atlanta, Georgia 30309

McCurdy & Candler, LLC
Frank R Olson
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305

CAROLYN BOONE

$Exhot \text{ } \#A$

1 2 3 4 5 6 7 8 9 10 ... 43 Next »

Ads by Google

- Records: **Carolyn Boone**
  The Most Comprehensive
  Database of Public Records.
  Get Results Now!
  **Boone.PublicRecords.com**

Upload a Document

Carolyn Boone

**Scribd**

- About
- Press
- Jobs
- Contact
- Blog
- Scribd Store

**Legal**

- Terms - General
- Terms - API
- Terms - Privacy
- Copyright

**Help & Tools**

- Getting Started
- Community Guidelines
- Support & FAQ
- Web Stuff

**Partners**

- Partners
- Branded Reader
- Developers / API

**Subscribe to Us**

- On Scribd
- On Twitter
- On Facebook

**What's New**

- We have updated our Terms of Service
- Branded Reader
- Desktop Uploader

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | F |

Previous List    Next List          *Exhibit B*          Entity Name Search

Submit

| Corporate Name | Document Number | Status |
|---|---|---|
| | 857349 | ACT |
| | F99000003791 | ACT |
| | F03000002917 | ACT |
| | P33564 | ACT |
| | P00000115968 | INACT |
| | F92000000121 | INACT |
| | F01000006410 | INACT |
| | F02000002083 | ACT |
| | 856924 | ACT |
| | L98000003232 | NAME HS |
| | F95000004769 | INACT |
| | V66672 | INACT |
| | P29416 | INACT |
| | 477777 | INACT |
| | S90733 | INACT |
| | F00000000775 | ACT |
| | F00000000527 | INACT |
| | M03000000848 | NAME HS |
| | F02000003417 | INACT |
| | F05000007459 | ACT |
| | P06000002910 | INACT/UA |
| | 831772 | NAME HS |
| | 831772 | INACT |
| | P03000014678 | ACT |

Previous List    Next List          Entity Name Search

Submit