**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CAROLYN BOONE, PRO SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:10-cv-800-TWT-LTW |
| J.P. MORGAN CHASE BANK, N.A., ) | |
| and McCURDY & CANDLER LLC ) | |
| ) | |
| Defendants. ) | |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 11**

Plaintiff's motion for Rule 11 sanctions ("Motion") (DE 53) is completely frivolous on its face and should be denied in its entirety. Plaintiff filed her Motion for no other reason that to harass Defendant JP Morgan Chase Bank, N.A. ("Chase") and waste this Court's time and judicial resources. Therefore, Chase respectfully requests that Chase be awarded its fees in having to respond to Plaintiff's Motion. Chase further respectfully requests that the Court take some action to stop Plaintiff's continued barrage of baseless motions filed in this litigation.

Plaintiff's allegations that various declarations filed by Chase and its counsel, Wargo & French LLP, are somehow "false" are patently frivolous. Specifically, Plaintiff's allegation that Wargo & French LLP committed perjury regarding a search for Carolyn Boone's name on "www.scribd.com" is entirely without merit.  First, that website has nothing to do with real estate or recorded mortgages, nor it is an official source for real property records.  Second, it appears that Plaintiff's search for Carolyn Boone returned "42 pages worth of hits" only because she did not put her name in quotes (i.e. "Carolyn Boone") and therefore returned her search returned hits for <u>any</u> record containing the words "Carolyn" and/or "Boone."[1]  More fundamentally, Plaintiff has yet to demonstrate that anything on www.scribd.com or in those "42 pages worth of hits" has <u>any</u> relevance to this litigation.  Plaintiff is wasting Chase's and this Court's time in having to address these baseless allegations.

Plaintiff's additional allegations against Chase are equally baseless.  The declarations at issue demonstrate that Chase is and has been properly registered with the Georgia Secretary of State during 2009 and 2010 (DE 43-1) and provide a copy of home equity line of credit at issue in this matter (DE 30-1).  Those

---

[1] As detailed in the Affidavit of Wargo & French LLP filed as DE45-1, the search conducted by Wargo & French LLP on www.scribd.com was for "Carolyn Boone" (in quotation marks).  *See* Wargo & French LLP Aff. at ¶ 10.

declarations and the attached exhibits supporting them are completely proper and accurate. Plaintiff has failed to introduce any competent evidence or cite to any controlling authority that would lend credence to her allegations that these declarations were "false." Again, Plaintiff continues to waste this Court's judicial resources and Chase's time and attorneys' fees by forcing Chase and this Court to address her baseless allegations.

Throughout this case, Plaintiff has bombarded this Court and Chase with a constant slew of baseless motions, to which Chase has been forced to respond. Indeed, since June 25, 2010, Plaintiff has filed no fewer than eight (8) motions, from motions for judicial notice, motions to strike, motions for sanctions, and motions for partial summary judgment. (DE 28, 34, 35, 40, 46, 48, 53, 54). As Chase has repeatedly demonstrated, all of those motions are legally and factually baseless. Plaintiff has filed these motions for no other purpose than to harass Chase. Therefore, Chase respectfully requests that this Court take action to temper Plaintiff's litigiousness and stem the tide of her abusive motion practice, including but not limited to awarding Chase its fees and costs in having to respond to the foregoing filings and/or dismissal of Plaintiff's Complaint. *See, e.g., Patterson v. Aiken*, 841 F.2d 386 (11th Cir. 1988) (imposing monetary sanctions against *pro se* plaintiff based on frivolous filings); *Prescott v. Honeywell*, No. 2:10-cv-390-FtM-

30AEP, 2010 WL 2991569 (M.D. Fla. July 27, 2010) (dismissing *pro se* plaintiff's complaint with prejudice and directing clerk of court to reject any future filings from plaintiff).

## CONCLUSION

For the reasons set forth herein, Chase respectfully requests that this Court deny Plaintiff's Motion in its entirety, award Chase its fees and costs for having to respond to the Motion and take action to stop Plaintiff's continued barrage of frivolous filings in this matter.

Respectfully submitted this 1st day of October, 2010.

                                      WARGO & FRENCH LLP

                                         /s/ Shanon J. McGinnis
                                    SHANON J. MCGINNIS
                                    Georgia Bar No. 387598
                                    JOHN P. MITTELBACH
                                    Georgia Bar No. 472078

                                    WARGO & FRENCH LLP
                                    1170 Peachtree Street, N.E.
                                    Suite 2020
                                    Atlanta, Georgia  30309

                                    (404) 853-1500 (telephone)
                                    (404) 853-1501 (facsimile)
                                    smcginnis@wargofrench.com
                                    jmittelbach@wargofrench.com

                                    *Counsel for Defendant*
                                    *JPMorgan Chase Bank, N.A.*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 1st day of October, 2010.

                                              /s/ Shanon J. McGinnis
SHANON J. MCGINNIS
Georgia Bar No. 387598
JOHN P. MITTELBACH
Georgia Bar No. 472078

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the within and foregoing **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 11** in the United States District Court for the Northern District of Georgia and, therefore, have served the following counsel of record in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing:

> Frank R. Olson, Esq.
> McCurdy & Candler, L.L.C.
> P.O. Box 57
> Decatur, Georgia 30031

I further hereby certify that I have on this day served same upon Plaintiff by United States mail, postage prepaid, addressed as follows:

> Carolyn Boone, *Pro Se*
> 115-14 209th Street
> Cambria Heights, New York 11411

This 1st day of October, 2010.

                                           /s/ Shanon J. McGinnis
                                           SHANON J. MCGINNIS

645263_1