IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAROLYN BOONE,

    Plaintiff,

      v.

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-800-TWT

ORDER

This is a pro se civil action arising out of a residential mortgage foreclosure.

It is before the Court on the Report and Recommendation [Doc. 61] of the Magistrate

Judge recommending dismissing the Plaintiff's federal claims and remanding the

Plaintiff's state claims to the Superior Court of DeKalb County, Georgia. As set forth

in the thorough and well reasoned Report and Recommendation, this Court has subject

matter jurisdiction because the Plaintiff has alleged claims under the Truth in Lending

Act, the Fair Debt Collection Practices Act and the Real Estate Settlement Procedures

Act.  The Plaintiff's allegation that the complaint should be remanded because of

technical deficiencies within the removal process is without merit.  In general, the

Plaintiff's federal claims are barred by the statute of limitations.  The Defendants'

T:\ORDERS\10\Boone\r&r.wpd

foreclosure of the Plaintiff's home equity line of credit is not subject to the Fair Debt Collection Practices Act.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Plaintiff's Motion to Remand to State Court [Doc. 6] is DENIED.  The Defendant JP Morgan Chase Bank's Motion to Dismiss [Doc. 3] is GRANTED as to Plaintiff's federal claims.  The Plaintiff's state claims are remanded to the Superior Court of DeKalb County, Georgia.   The Defendant McCurdy & Candler, LLC's Motion for Judgment on the Pleadings  [Doc. 7] is GRANTED as to Plaintiff's federal claims.  The Plaintiff's state claims are remanded to the Superior Court of DeKalb County, Georgia.  The Plaintiff's Motion for Default Judgment [Doc. 13] is DENIED.  The Defendant JP Morgan Chase Bank's Motion to Stay [Doc. 20] is GRANTED.  The Plaintiff's Motions [Doc. 27, 28, 34, 35, 46, 48, 54] are deferred to the Superior Court of DeKalb County, Georgia.

SO ORDERED, this 15 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge