**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CAROLYN BOONE,<br><br>          Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, et al.,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-0800-TWT |

## J U D G M E N T

This action having come before the court, Thomas W. Thrash, Jr., United States District Judge, for consideration of the Report and Recommendation of Magistrate Judge Linda T. Walker, as to Defendant JP Morgan Chase Bank's Motion to Dismiss and Defendant McCurdy & Candler, LLC's Motion for Judgment on the Pleadings, and the court having adopted said report and recommendation, and granted said motions, it is

**Ordered and Adjudged** that Plaintiff's federal claims are hereby **dismissed** and Plaintiff's remaining state claims are hereby **remanded** to the Superior Court of Dekalb County, Georgia.

Dated at Atlanta, Georgia, this 16th day of February, 2011.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                                  By:  s/ Traci Clements-Campbell
                                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 16, 2011
James N. Hatten
Clerk of Court
By: s/ Traci Clements-Campbell
      Deputy Clerk