# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

February 17, 2011

Linda Carter, Clerk of Court
Dekalb County Superior Court
556 North McDonough Street,
Ground Floor
Decatur, GA 30030

      Re:    *Carolyn Boone v. JP Morgan Chase Bank, National Association, et al*
            **Your Case Number: 10CV25981**

Dear Ms. Carter:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                Sincerely,

                James N. Hatten
                District Court Executive
                  and Clerk of Court

            By:  s/Traci Clements-Campbell
                  Deputy Clerk

Enclosure