UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 22, 2011

Clerk, Superior Court of Dekalb County
556 North McDonough Street, Ground Floor
Decatur, GA 30030

    Re:    *Carolyn Boone v. JP Morgan Chase Bank, National Association, et al*
            NDGA Case No.: 1:10-cv-800-TWT
            Your Case No.: 10CV25981

Dear Clerk:

    The above-styled action was remanded to your court on February 16, 2011. A certified copy of the Order was mailed to your office on February 17, 2011.

    In that Order, the Honorable Thomas W. Thrash, Jr. deferred Plaintiff's motions to your court for consideration. Enclosed, please find said motions.

    If this office can be of any further assistance, please contact the undersigned clerk at (404) 215-1655.

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                By:    s/ B. Graves
                        Deputy Clerk