# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 25, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:10-cv-0800-TWT
    U.S.C.A. No.: 00-00000-00
    In re:  *Carolyn Boone v. JP Morgan Chase Bank, National Association, et al.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the notice of appeal, docket sheet, R&R, judgment and order appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| X | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fee paid on . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| X | **The Magistrate Judge is Linda T. Walker.** |
| X | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                          Sincerely,

                                          James N. Hatten
                                          District Court Executive
                                          and Clerk of Court

                                 By:   /s/  Kimberly Carter
                                              Deputy Clerk

Enclosures